IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMES ANTHONY GODBOLT,**

    **Plaintiff,**

v.                                          Case No. 4:25-cv-264-AW-MAF

**PAUL ALLEN, B. GOODEN,
and RICK DIXON,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The magistrate judge recommends dismissal based on Plaintiff's failure to accurately disclose his litigation history. ECF No. 9. Plaintiff has filed no objection. After review, I agree dismissal is appropriate.

The court's local rules require pro se plaintiffs to use the court's forms, which Plaintiff did. The relevant form requires plaintiff to disclose prior litigation history, which Plaintiff did not. The magistrate judge concluded Plaintiff omitted several prior cases he should have disclosed. Based on Plaintiff's failure, dismissal is appropriate. *See McNair v. Johnson*, 143 F.4th 1301, 1308 (11th Cir. 2025) ("Dismissal without prejudice was an appropriate exercise of the district court's inherent authority to manage its docket and enforce the local rules. [Plaintiff] violated the local rules by failing to disclose his full litigation history, as required by the duly adopted standard complaint form.").

1

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with the court's local rules." The clerk will then close the file.

SO ORDERED on November 17, 2025.

s/ *Allen Winsor*  
Chief United States District Judge